| KELLY LEWIS | * | NO. 2019-CA-0989 |
|---|---|---|
| VERSUS | * | COURT OF APPEAL |
| CHRIS CARBINE, INC. D/B/A CARBINE MOTOR CARS | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

\* \* \* \* \* \* \*

**JENKINS, J., CONCURS IN THE RESULT**